# Sanders *v.* The State.

### Crime.

(Decided February 3, 1915.  70 South. 949.)

Criminal Law; Appeal; Failure to Perfect.—Where the certificate filed on appeal from a conviction showed rendition of judgment and notice of appeal in January, 1915, but no further steps were taken to perfect the appeal, the appeal was subject to dismissal on motion at the regular call of the division to which the appeal was returnable in January, 1916.

APPEAL from Dale Circuit Court.

Heard before Hon. M. SOLLIE.

John W. Sanders was convicted of crime, and he appeals. Appeal dismissed.

No counsel marked for appellant. W. L. MARTIN, Attorney General, for the State.

[Taylor v. The State.]

PELHAM, P. J.—The certificate filed in this case shows a judgment of conviction against the defendant of the offense of adultery, rendered in the trial court on the 28th day of January, 1915, and that sentence was thereupon suspended, pending an appeal to this court. It is also shown by the certificate that the defendant gave notice in writing of an appeal on the 30th day of January, 1915. No further steps are shown to have been taken to perfect the appeal in this court, and on the regular call of this case on the 20th day of January, 1916, it was submitted on the motion of the Attorney General to dismiss.

The motion of the Attorney General to dismiss the appeal is well taken, and the same is granted.

Appeal dismissed.